IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAKAM SUELIMAN,

    Plaintiff,

v.                                    CASE NO. 4:11-cv-155-RH-GRJ

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

    Defendants.
_____/

## ORDER

Plaintiff, an Immigration and Customs Enforcement (ICE) detainee confined in the Wakulla County Jail, initiated this civil action by filing Doc. 1, a handwritten document construed as a civil rights complaint. Plaintiff failed to use the Court's form for prisoner civil rights complaints, and failed to either pay the $350.00 filing fee or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

Accordingly, it is **ORDERED:**

That Plaintiff shall **on or before May 31, 2011,** file an amended complaint using the Court's form and shall either pay the $350.00 filing fee or move for leave to proceed as a pauper. The **Clerk** is directed to send Plaintiff the appropriate forms. Failure to comply with this order within the allotted time will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 10th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge